**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JERMAINE GRAVES,

Plaintiff

v.

CITY OF NORTH LAS VEGAS, et al.,

Defendants

Case No.: 2:25-cv-01294-APG-BNW

**Order Accepting Report and Recommendation**

[ECF No. 114]

On November 3, 2026, Magistrate Judge Weksler recommended that I dismiss with prejudice plaintiff Jermaine Graves' Fourteenth Amendment due process claim. ECF No. 14 at 9. Graves did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 14) is accepted and plaintiff Jermaine Graves' Fourteenth Amendment due process claim is dismissed with prejudice.

DATED this 24th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE